UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: **17-9027** |
| | : | |
| V. | : | CRIMINAL ACTION |
| **Edvins Louis** | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) The defendant shall appear at all future court proceedings;

( ) Other: _____

\_\_\_\_+ *Edison*\_\_\_\_     \_\_1/26/17\_\_
DEFENDANT                 DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*[signature]*

Honorable Anthony R. Mautone
U.S. Magistrate Judge

\_\_1/26/17\_\_
DATE